*E-Filed 12/8/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARVEY,<br>aka ABDUL SHAKUR,<br><br>   Plaintiff,<br><br>   v.<br><br>S. BURRIS, et al.,<br><br>   Defendants. | No. C 14-4133 RS (PR)<br><br>**JUDGMENT** |

Defendants' motion to dismiss having been granted, judgment is hereby entered in favor of all defendants as to all claims.  Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: December 8, 2015

_____
RICHARD SEEBORG
United States District Judge

No. C 14-4133 RS (PR)
JUDGMENT